MICHAEL A. LADRA, State Bar No. 064307 (mladra@wsgr.com)
JAMES C. YOON, State Bar No. 177155 (jyoon@wsgr.com)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Plaintiff
SANDISK CORPORATION

RECEIVED
MAY 26 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SANDISK CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>LEXAR MEDIA, INC., a California corporation<br><br>Defendant. | CASE NO.: C98-01115 CRB (JL)<br><br>[PROPOSED] ORDER GRANTING SANDISK'S ADMINISTRATIVE REQUEST TO FILE MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO REOPEN ACTION, ENFORCE SETTLEMENT AGREEMENT AND FOR PRELIMINARY INJUNCTION AND EXHIBIT 3 TO DECLARATION OF JAMES C. YOON IN SUPPORT OF MOTION UNDER SEAL |

[PROPOSED] ORDER GRANTING
SANDISK'S ADMINISTRATIVE
REQUEST TO FILE UNDER SEAL
CASE NO. C98-01115 (CRB) (JL)

2888613_1.DOC

1  Upon good cause shown, **IT IS HEREBY ORDERED THAT** Plaintiff SanDisk
2  Corporation's Memorandum of Points and Authorities in Support of Motion to Reopen Action,
3  Enforce Settlement Agreement and for Preliminary Injunction and Exhibit 3 to Declaration of
4  James C. Yoon in Support of Motion to Reopen Action, Enforce Settlement Agreement and for
5  Preliminary Injunction, dated May 26, 2006 be filed under seal by the Clerk

7  Dated: June 6 2, 2006

_____
Honorable Charles R. Breyer

[P~~ROPOSED~~] ORDER GRANTING
SANDISK'S ADMINISTRATIVE
REQUEST TO FILE UNDER SEAL
CASE NO. C98-01115 (CRB)(JL)

-1-

2888613_1.DOC