1  MATTHEW D. POWERS (Bar No. 104795)
   Email: matthew.powers@weil.com
2  STEVEN CHERENSKY (Bar No. 168275)
   Email: steven.cherensky@weil.com
3  CHRISTOPHER J. COX (Bar No. 151650)
   E-Mail: chris.cox@weil.com
4  WEIL, GOTSHAL & MANGES LLP
   Silicon Valley Office
5  201 Redwood Shores Parkway
   Redwood Shores, CA  94065
6  Telephone: (650) 802-3000
   Facsimile: (650) 802-3100
7
   Attorneys for Defendant
8  LEXAR MEDIA, INC.

9              **UNITED STATES DISTRICT COURT**

10   **NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

11

12  SANDISK CORPORATION, a Delaware       Case No. C98-01115 CRB (JL)
    corporation,
13                                        **NOTICE OF CHANGE IN COUNSEL
                Plaintiff,                AND [PROPOSED] ORDER
14                                        PERMITTING WITHDRAWAL OF
          v.                              FENWICK & WEST LLP**
15
    LEXAR MEDIA, INC., a California corporation,   Honorable Charles R. Breyer
16
                Defendant.
17

1  PLEASE TAKE NOTICE that the law firm of Fenwick & West LLP is no longer
2  counsel for defendant Lexar Media, Inc. in this matter.
3  Charlene Morrow (CMorrow@fenwick.com) of Fenwick & West should no longer
4  receive electronic notifications of E-filings in connection with this matter.
5  Patricia M. Downey and Albert C. Smith of Fenwick & West should no longer
6  receive notices in connection with this matter.

8  Dated: June 27, 2006                    WEIL, GOTSHAL & MANGES LLP

10                                          By:    */s/ Steven Cherensky*
11                                                 Steven Cherensky
                                                   Attorneys for Defendant
12                                                 LEXAR MEDIA, INC.

NOTICE OF CHANGE IN COUNSEL AND [PROPOSED]
ORDER PERMITTING WITHDRAWAL           1           Case No. C98-01115 CRB (JL)
                                                  SV1:\250514\02\5d@q02!.DOC\11065.0011

1  **[PROPOSED] ORDER**

2  Fenwick & West LLP is hereby permitted to withdraw as counsel for defendant

3  Lexar Media, Inc. in connection with the following matter:  *SanDisk Corporation v. Lexar*

4  *Media, Inc.*, Case No. 98-01115 CRB (JL).

5  IT IS SO ORDERED.

7  Dated:  January 24, 2007  _____

_____
The Honorable Charles R. Breyer
United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]*