IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDISK CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>LEXAR MEDIA INC,<br><br>    Defendant.<br>_____/ | No. C 98-01115 CRB<br><br>**ORDER** |

    Now pending before the Court is Lexar's motion for a protective order and to terminate the proceedings. After considering the papers and evidence filed by the parties, the Court concludes that oral argument is unnecessary, and GRANTS Lexar's motion for a protective order without prejudice to SanDisk filing a pleading that makes a specific claim for damages. If and when such a pleading is filed, the parties shall contact the Court to schedule a status conference.

    **IT IS SO ORDERED.**

Dated: February 1, 2007

                                           CHARLES R. BREYER
                                           UNITED STATES DISTRICT JUDGE